Certificate Number: 03621-ALM-CC-374598501

# CERTIFICATE OF COUNSELING

I CERTIFY that on   March 30, 2015   , at   5:44   o' clock   PM EDT   ,

Sitora Levett                                              received from

Credit Card Management Services, Inc.                                ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Middle District of Alabama            , an individual [or group] briefing that compiled

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan   was not prepared   . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted   by internet   .

Date: March 30, 2015            By      /s/Mohan Lalwani

                                Name    Mohan Lalwani

                                Title   Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).