IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>SITORA CHEV LEVETT<br>SSAN: XXX-XX-5019<br><br><br><br>Debtor(s) | Case No. 15-30803-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Monday, March 30, 2015.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, May 7, 2015.

(X) Plan is not feasible. IRS filed priority claim much higher than was listed in petition. No provisions were made for the Secured IRS claim.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Monday, June 1, 2015.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee


By:/s/ *Curtis C. Reding*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Monday, 1 June, 2015.

Copy to: DEBTOR(S)
MICHAEL BROCK

/s/ *Curtis C. Reding*
Curtis C. Reding

SITORA CHEV LEVETT
4123 BURT MILL RD
TALLASSEE , AL 36078