UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                    Case No. 15-30803 -DHW
                                                                         Chapter 13
Sitora Chev Levett,

      Debtor(s).

## ORDER DENYING CONFIRMATION
## AND DISMISSING BANKRUPTCY CASE

The chapter 13 plan filed by the debtor came on for confirmation hearing on June 8, 2015. An objection to the plan was filed by the Trustee.

For the reasons stated in open court, it is

ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the chapter 13 trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 11th day of June, 2015.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Michael D. Brock, Attorney for Debtor
      Curtis C. Reding, Trustee
      All Creditors

**NOTICE: Any unpaid filing fees remain due and payable to the Clerk of court. Failure to pay the filing fee may result in additional collection.**